IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>TYSON T. QUIGLEY,<br><br>    Defendant. | 8:13MJ117<br><br>ORDER FOR DISMISSAL |

  IT IS ORDERED the Motion for Dismissal (Filing No. 4) in the above-captioned case be granted as requested.

  DATED this 16th day of August, 2013.

            BY THE COURT:

            s/ Thomas D. Thalken
            United States Magistrate Judge